Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-08-00592-CR

Luis Alberto **GONZALEZ-MCNUTT** a/k/a Luis Gonzalez,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-5009
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:      Alma L. López, Chief Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  September 17, 2008

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH